# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON


**UNITED STATES OF AMERICA,**

            **Plaintiff,**

**-vs-**                                **Case No. 3:12-CR-72-08**

**MARCUS GULLATTE,**

            **Defendant.**

---

# ORDER

---

The above captioned matter is hereby TRANSFERRED from the docket of The Honorable Timothy S. Black to the docket of The Honorable Thomas M. Rose.

**DONE** and **ORDERED** in Dayton, Ohio, this 13th day of November, 2017.


*s/Timothy S. Black*

_____
TIMOTHY S. BLACK, JUDGE
UNITED STATES DISTRICT COURT


*s/Thomas M. Rose*

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT