UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

            **Plaintiff,**

-vs-

            Case No. 3:12-CR-72

            District Judge Thomas M. Rose

MARCUS GULLATTE,

            **Defendant.**

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

Pursuant to the record set forth in open Court on July 24, 2018, the Defendant appeared with Counsel, and entered admissions to the violations of supervised release as alleged by the U.S. Probation Department. The Court accepted the admissions and found that the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months to run concurrent to Case No. 3:17-cr-141. The sentence will not be followed by any period of supervised release.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: July 24, 2018

                                        THOMAS M. ROSE, JUDGE
                                        UNITED STATES DISTRICT COURT